

P49670/A.Pakula

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

**07 CRIM. 828**

TO:        Jim Molinelli, Miscellaneous Clerk

FROM:   Adam Pakula, United States Probation Officer

RE:        Anthony Threatt Robinson

DATE:    August 21, 2007


### ASSIGNMENT OF TRANSFER OF JURISDICTION

On May 9, 2001, the above-named individual was sentenced in the Southern District of Georgia outlined in the attached J & C.

In August 2007, we received the Prob. 22's endorsed by the Honorable William T. Moore, Jr., U.S. District Court Judge, ordering Mr. Threatt's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5171.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Adam Pakula
U.S. Probation Officer

AUG 31 2007